IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | Civil Action No. <br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS ABBOTT LABORATORIES AND
ABBOTT CARDIOVASCULAR SYSTEMS, INC'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Abbott Laboratories and Abbott Cardiovascular Systems, Inc. hereby state that Plaintiff Abbott Laboratories is an Illinois corporation. No parent corporation or publicly held corporation currently owns more than 10% of Abbott Laboratories' stock. Plaintiff Abbott Cardiovascular Systems, Inc. is a California corporation and is not a publicly traded corporation. Abbott Vascular, Inc. is the corporate parent of Plaintiff Abbott Cardiovascular Systems, Inc. Plaintiff Abbott Laboratories is in turn the corporate parent of Abbott Vascular, Inc.

| | |
|---|---|
| OF COUNSEL: <br> Edward A. Mas II <br> Leland G. Hansen <br> Donald J. Pochopien <br> Sandra A. Frantzen <br> Christopher J. Buchko <br> McAndrwes, Held & Malloy, Ltd. <br> 500 West Madison Street, 34th Floor <br> Chicago, Illinois 60661 <br> (312) 775-8000 <br><br> Date: May 15, 2007 | /s/ Anne Shea Gaza <br> Frederick L. Cottrell III (#2555) <br> cottrell@RLF.com <br> Anne Shea Gaza (#4093) <br> gaza@RLF.com <br> Richards, Layton & Finger <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, Delaware 19899 <br> (302) 651-7700 <br><br> Attorneys for Plaintiffs Abbott Laboratories and Abbott Cardiovascular Systems, Inc. |