# United States District Court
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Abbott Laboratories and Abbott Cardiovascular Systems, Inc., | ) ) | **SUMMONS IN A CIVIL ACTION** |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NUMBER:  0 7 - 2 5 9 |
| Johnson and Johnson, Inc. and Cordis Corporation, | ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

TO:    **Johnson and Johnson, Inc.**
**c/o Delaware Secretary of State**
**Pursuant to 10 Del. C. §3104**
**401 Federal Street, Townsend Building**
**Dover, DE   19901**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

**Frederick L. Cottrell, III, Esquire**
**Anne Shea Gaza, Esquire**
**Richards, Layton & Finger**
**One Rodney Square**
**Wilmington, DE 19899**
**(302) 651-7700**

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 1 5 2007

**PETER T. DALLEO**

Clerk                                        Date

By Deputy Clerk

• AO 440 (Rev  8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 5/15/07 |
|---|---|

| NAME OF SERVER (PPJNT) KEVIN DUNN | TITLE          SPECIAL PROCESS SERVER |
|---|---|

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☒  Other (specify):   SERVED: JOHNSON & JOHNSON, INC  C/O THE DELAWARE SECRETARY OF STATE AT 401 FEDERAL ST. DOVER, DE COPIES THEREOF WERE ACCEPTED BY KAREN CHARBANEAU

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/15/07                    _____
                    Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

ALSO SERVED
CIVIL CASE COVER SHEET
RULE 7.1 DISCLOSURE  STATEMENT
NOTICE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure