IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and<br>ABBOTT CARDIOVASCULAR<br>SYSTEMS, INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>JOHNSON AND JOHNSON, INC. and<br>CORDIS CORPORATION,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-259-UNA<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION TO ENJOIN DEFENDANT CORDIS FROM PROSECUTING LATER-FILED PARALLEL LITIGATION IN NEW JERSEY**

Plaintiffs Abbott Laboratories and Abbott Cardiovascular Systems, Inc. respectfully move to enjoin Defendant Cordis Corporation ("Cordis") from prosecuting Civil Action No. 07-02265, filed in the United States District Court for the District of New Jersey on May 15, 2007 (the "New Jersey Action").

In the New Jersey Action, Cordis asserts a claim against Abbott Laboratories alleging infringement of United States Patent No. 7,217,286. Cordis' patent infringement claim in the New Jersey Action is related to and duplicative of litigation already pending before this Court in this matter and in Civil Action No. 06-613-SLR.[1] Accordingly, Cordis should be enjoined from prosecuting the later-filed duplicative litigation in New Jersey.

---

[1] On May 15, 2007, in Civil Action No.06-613-SLR, Plaintiffs moved to consolidate this action, Civ. No. 07-259, with that related action. (Civ. No. 06-613-SLR, D.I. 43.)

In Civil Action No. 06-613-SLR, Plaintiffs have filed a motion that is substantively equivalent to the present motion. (C.A. No. 06-613-SLR, D.I. 47.) Rather than burden the Court with a duplicate set of supporting papers, Plaintiffs rely on the papers filed in support of the equivalent motion in Civil Action No. 06-613-SLR. (C.A. No. 06-613-SLR, D.I. 48 (memorandum) 47 (proposed order).)

OF COUNSEL:
Edward A. Mas II
Leland G. Hansen
Sandra A. Frantzen
Christopher J. Buchko
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

Frederick L. Cottrell III (#2555)
cottrell@RLF.com
Anne Shea Gaza (#4093)
gaza@RLF.com
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899
(302) 651-7700

ATTORNEYS FOR PLAINTIFFS
ABBOTT LABORATORIES and
ABBOTT CARDIOVASCULAR
SYSTEMS, INC.

Date: May 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2007 caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Lauren E. Maguire, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899

I hereby certify that on May 18, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

> David T. Pritikin, Esquire
> William H. Baumgartner, Jr., Esquire
> Russell E. Cass, Esquire
> Laura L. Kolb, Esquire
> Sidley Austin LLP
> One South Dearborn
> Chicago, IL 60603

Anne Shea Gaza (#4093)
gaza@rlf.com