IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-259 |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 18, 2007, copies of *Plaintiffs' Motion To Enjoin Defendant Cordis From Prosecuting Later-Filed Parallel Litigation In New Jersey* were served upon the following parties via Federal Express at the addresses indicated below:

Cordis Corporation
14201 NW 60th Avenue
Miami Lakes, FL 33014

Johnson and Johnson, Inc.
1 Johnson & Johnson Plaza
New Brunswick, NJ 08933

*/s/ signature*

Frederick L. Cottrell, III (#2555)
cottrell@RLF.com
Anne Shea Gaza (#4093)
gaza@RLF.com
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899
(302) 651-7700

OF COUNSEL:
Edward A. Mas, II
Leland G. Hansen
Donald J. Pochopien
Sandra A. Frantzen
Christopher J. Buchko
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

*Attorneys For Plaintiffs Abbott Laboratories And Abbott Cardiovascular Systems, Inc*

Date: May 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2007, I electronically filed the same with the Clerk of Court using CM/ECF and caused to be served by Federal Express the foregoing document to the following:

Cordis Corporation
14201 NW 60th Avenue
Miami Lakes, FL 33014

Johnson and Johnson, Inc.
1 Johnson & Johnson Plaza
New Brunswick, NJ 08933

　　　　　　　　　　　　　　　　　　　/s/ Anne Shea Gaza
　　　　　　　　　　　　　　　　　　　Anne Shea Gaza (#4093)
　　　　　　　　　　　　　　　　　　　Gaza@rlf.com