IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C. A. No. 07-259-SLR <br><br> **JURY TRIAL DEMANDED** |

## RULE 7.1.1 CERTIFICATION

Pursuant to District of Delaware Local Rule 7.1.1., the undersigned counsel hereby certifies that counsel for plaintiffs consulted with counsel for defendants prior to filing Plaintiffs' Motion for Leave to File A Supplemental Complaint (the "Motion") (D.I. 10), which was filed on May 29, 2007, and were advised that defendants object the relief sought in the Motion.

                                     /s/ Frederick L. Cottrell, III
                                     Frederick L. Cottrell, III (#2555)
OF COUNSEL:                          cottrell@rlf.com
Edward A. Mas II                     Anne Shea Gaza (#4093)
Leland G. Hansen                     gaza@rlf.com
Donald J. Pochopien                  Richards, Layton & Finger, P.A.
Sandra A. Frantzen                   One Rodney Square
Christopher J. Buchko                P.O. Box 551
McAndrews, Held & Malloy, Ltd.       920 N. King Street
500 West Madison Street, 34th Floor  Wilmington, DE 19899
Chicago, Illinois 60661              (302) 651-7700
(312) 775-8000                       *Attorneys for Abbott Laboratories*
                                     *and Abbott Cardiovascular Systems, Inc*

Date: June 4, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2007 caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Lauren E. Maguire, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899

I hereby certify that on June 4, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

> David T. Pritikin, Esquire
> William H. Baumgartner, Jr., Esquire
> Russell E. Cass, Esquire
> Laura L. Kolb, Esquire
> Sidley Austin LLP
> One South Dearborn
> Chicago, IL 60603
>
> Cordis Corporation
> 14201 NW 60th Avenue
> Miami Lakes, FL 33014
>
> Johnson and Johnson, Inc.
> 1 Johnson & Johnson Plaza
> New Brunswick, NJ 08933

Anne Shea Gaza (#4093)
Gaza@rlf.com

RLF1-3156971-1