IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 07-259-SLR |

### AFFIDAVIT OF MAILING FOR DEFENDANT JOHNSON AND JOHNSON, INC.

STATE OF DELAWARE    )
                     ) ss.
NEW CASTLE COUNTY    )

BE IT REMEMBERED that on this _5th_ day of _June_, 2007, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, Anne Shea Gaza, who being by me duly sworn according to law, did depose and say that:

1.   She is an attorney with the law firm of Richards, Layton & Finger, counsel for the plaintiffs in the above-captioned matter.

2.   Defendant Johnson and Johnson, Inc. ("J&J") is a non-resident of the State of Delaware. The last known address of J&J is 1 Johnson and Johnson Plaza, New Brunswick, NJ 08933.

3.   On May 17, 2007, Affiant caused to be mailed, by registered mail, return receipt requested, a letter to Cordis. A copy of the complaint and summons were enclosed with the

registered letter. A copy of the registered letter is attached hereto as Exhibit A and made a part hereof.

4. Upon mailing said registered letter, a receipt was issued, a copy of which is attached hereto as Exhibit B and made a part hereof.

5. The registered letter provided notice to defendant that the original complaint and summons in the captioned matter had been served upon the Secretary of State of the State of Delaware, and that pursuant to 10 *Del. C.* § 3104, such service was as effectual for all intents and purposes as if it had been made upon this defendant personally in the State of Delaware.

6. The registered letter was signed for and received on or about May 24, 2007. The proof of delivery and receipt of the registered letter was provided to Affiant by the United States Postal Service on or about June 4, 2007, a true and correct copy of which is attached as Exhibit C and made a part hereof.

/s/ Anne Shea Gaza
Anne Shea Gaza

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

/s/ Anita F. Garvey
Notary Public

ANITA F. GARVEY
Notary Public - State of Delaware
My Comm. Expires Aug. 18, 2008

2

RLF1-3156976-1

# EXHIBIT A

RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL
(302) 651-7539
GAZA@RLF.COM

May 17, 2007

**REGISTERED MAIL NO. RA 906 723 704 US**
**RETURN RECEIPT REQUESTED**

Johnson and Johnson, Inc.
1 Johnson & Johnson Plaza
New Brunswick, NJ 08933

Re: *Abbott Laboratories and Abbott Cardiovascular Systems, Inc. v. Johnson and Johnson, Inc. and Cordis Corporation*, C.A. No. 07-259
Notice of Service Pursuant to 10 *Del. C.* § 3104

Dear Johnson and Johnson, Inc.:

Abbott Laboratories and Abbott Cardiovascular Systems, Inc. have filed a Complaint against Johnson and Johnson, Inc. ("J&J") and Cordis Corporation in the United States District Court for the District of Delaware.

Enclosed is a copy of the Summons and Complaint filed in the above-referenced action. The original Summons and a copy of the Complaint were personally served upon the Secretary of State of the State of Delaware on May 15, 2007 in compliance with 10 *Del. C.* § 3104. Such service is effectual for all intents and purposes as if it had been made upon you personally within the State of Delaware.

Please be advised that through this letter I am personally notifying you that a Complaint has been filed against J&J and Cordis Corporation by Abbott Laboratories and Abbott Cardiovascular Systems, Inc. as a result of J&J's and Cordis Corporation's actions as alleged in the Complaint. This letter further serves to inform you that J&J has an obligation to answer the Complaint filed against it and that J&J's failure to do so may result in a default judgment being entered against J&J.

Very truly yours,

*Anne Shea Gaza*

Anne Shea Gaza

ASG/csi
Enclosures

Johnson and Johnson, Inc.
May 17, 2007
Page 2


cc:    Edward A. Mas, II, Esq. (via electronic mail) (w/o encl.)
       Frederick L. Cottrell, III, Esq. (w/o encl.)

# EXHIBIT B

Registered No. RA906723704US

Reg Fee $ 9.50
Handling Charge $
Return Receipt $ 2.15
Postage $ 4.50
Restricted Delivery $
Received by

Date Stamp

Customer Must Declare Full Value $
☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

FROM
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

TO
Johnson and Johnson, Inc.
1 Johnson & Johnson Plaza
New Brunswick, NJ 08933

PS Form 3806, June 2002   Receipt for Registered Mail   Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at www.usps.com ®

# EXHIBIT C

Exhibit C

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Johnson and Johnson, Inc.<br>1 Johnson & Johnson Plaza<br>New Brunswick, NJ 08933 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  RA9067237 04 US | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540