IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON AND JOHNSON INC. and CORDIS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 07-259-SLR |

### NOTICE OF FILING VIA INCORPORATION BY REFERENCE

PLEASE TAKE NOTICE that on June 13, 2007, **DEFENDANTS' COMBINED ANSWERING BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT OR IN THE ALTERNATIVE TO CONSOLIDATE RELATED ACTIONS AND MOTION TO ENJOIN DEFENDANT CORDIS FROM PROSECUTING LATER-FILED PARALLEL LITIGATION IN NEW JERSEY** was filed in C.A. No. 06-613-SLR as Docket Item No. 58. Rather than burden the Court by filing an additional copy of the same document in this action, it instead is incorporated herein by reference as though separately filed in this action.

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

Dated: June 13, 2007
181517.1