IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 07-259-SLR |
| JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF FILING VIA INCORPORATION BY REFERENCE**

PLEASE TAKE NOTICE that on June 22, 2007, PLAINTIFFS' COMBINED REPLY IN SUPPORT OF ITS MOTIONS TO SUPPLEMENT ITS COMPLAINTS AND ITS MOTION TO ENJOIN CORDIS FROM PROSECUTING ITS NEW JERSEY LITIGATIONS was filed in C.A. No. 06-613-SLR as Docket Item No. 63. Rather than burden the Court by filing an additional copy of the same document in this action, it instead is incorporated herein by reference as though separately filed in this action.

OF COUNSEL:
Edward A. Mas II
Leland G. Hansen
Sandra A. Frantzen
Christopher J. Buchko
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

Date: June 22, 2007

/s/ Anne Shea Gaza
Frederick L. Cottrell III (#2555)
cottrell@RLF.com
Anne Shea Gaza (#4093)
gaza@RLF.com
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899
(302) 651-7700

ATTORNEYS FOR PLAINTIFFS

RLF1-3169561-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2007 I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Lauren E. Maguire, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

I hereby certify that on June 22, 2007, I caused to be sent by electronic mail and Federal Express the foregoing document to the following non-registered participant:

>David T. Pritikin, Esquire
>William H. Baumgartner, Jr., Esquire
>Russell E. Cass, Esquire
>Laura L. Kolb, Esquire
>Sidley Austin LLP
>One South Dearborn
>Chicago, IL 60603

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com