IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS, INC., <br><br>    Plaintiffs,<br><br>v.<br><br>JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-259-SLR<br>)<br>)<br>)<br>) |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiffs Abbott Laboratories and Abbott Cardiovascular Systems, Inc. hereby respectfully request oral argument on Plaintiffs' motion to enjoin Defendant Cordis from prosecuting later-filed parallel litigation in New Jersey (D.I. No. 7) and Plaintiffs' motion and supplemental motion for leave to file a supplemental complaint (D.I. Nos. 10 and 15). The briefing on these motions was completed on June 22, 2007, when Plaintiffs filed a combined reply brief. (D.I. No. 17.)

Plaintiffs also respectfully suggest that oral argument on these motions be heard at the same time as oral argument on parallel motions filed by Plaintiffs in a related case (C.A. No. 06-613-SLR, D.I. Nos. 43, 47, 51 and 57) and Defendants' motion to dismiss for lack of subject matter jurisdiction in that related case (C.A. No. 06-613-SLR, D.I. No. 14).

|  |  |
|---|---|
| | *Anne Shea Gaza* (signature) |
| OF COUNSEL: | Frederick L. Cottrell III (#2555) |
| Edward A. Mas II | cottrell@RLF.com |
| Leland G. Hansen | Anne Shea Gaza (#4093) |
| Sandra A. Frantzen | gaza@RLF.com |
| Christopher J. Buchko | RICHARDS, LAYTON & FINGER |
| McANDREWS, HELD & MALLOY, LTD. | One Rodney Square |
| 500 West Madison Street, 34th Floor | 920 N. King Street |
| Chicago, Illinois 60661 | Wilmington, Delaware 19899 |
| (312) 775-8000 | (302) 651-7700 |
| Date: June 27, 2007 | *Attorneys for Plaintiffs Abbott Laboratories and Abbott Cardiovascular Systems, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2007 I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Lauren E. Maguire, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899

I hereby certify that on June 27, 2007, I caused to be sent by electronic mail and Federal Express the foregoing document to the following non-registered participant:

> David T. Pritikin, Esquire
> William H. Baumgartner, Jr., Esquire
> Russell E. Cass, Esquire
> Laura L. Kolb, Esquire
> Sidley Austin LLP
> One South Dearborn
> Chicago, IL 60603

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com