IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | Civil Action No. 07-259-SLR |

## STIPULATED ORDER

WHEREAS, on June 4, 2007, the parties hereto submitted a Stipulated Order (D.I. 13), which was entered by the Court on June 7, 2007;

WHEREAS, the Stipulated Order extended, among other things, the time for the parties to move, answer or otherwise respond to the complaints filed in the above-captioned action and in the New Jersey actions (i.e., C.A. No. 07-02265-JAP, C.A. No. 07-02477-JAP, CA No. 07-02728-JAP-TJB);

WHEREAS, the parties agree that the dates for answering the complaints or otherwise responding in the above-captioned action and the New Jersey actions should be extended by an additional thirty (30) days;

RLF1-3172450-1

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the date for answering the complaint or otherwise responding in the above-captioned action shall be extended until August 6, 2007.

| RICHARDS LAYTON & FINGER | ASHBY & GEDDES |
|---|---|
| *Anne Shea Gaza* | /s/ *Steven J. Balick* |
| Frederick L. Cottrell, III (I.D. #2555) | Steven J. Balick (I.D. #2114) |
| Anne S. Gaza (I.D. #4093) | John G. Day (I.D. #2403) |
| One Rodney Square | Lauren E. Maguire (I.D. #4261) |
| 920 North King Street | 222 Delaware Avenue, 17th Floor |
| P.O. Box 551 | P.O. Box 1150 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| 302-658-6541 | 302-654-1888 |
| cottrell@rlf.com | sbalick@ashby-geddes.com |
| gaza@rlf.com | jday@ashby-geddes.com |
| | lmaguire@ashby-geddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2007.

_____
Judge