IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | Civil Action No. 07-259-SLR <br><br> **JURY TRIAL DEMANDED** |

## ABBOTT LABORATORIES' REPLY TO CORDIS' COUNTERCLAIM

Plaintiffs Abbott Laboratories (collectively "Abbott"), through its counsel, for its reply to the Counterclaim filed by Defendant Cordis Corporation ("Cordis"), states, alleges, and avers as follows:

### THE PARTIES

1. Based at least in part on Cordis' representations in other litigation, Abbott denies that Cordis has a principal place of business in New Jersey. Abbott is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1 of Cordis' Counterclaim, and therefore denies the same.

2. Admitted.

### JURISDICTION AND VENUE

3. Abbott admits that Cordis purports to allege an action for patent infringement. Abbott admits that this Court has jurisdiction over Cordis' patent infringement Counterclaim under 28 U.S.C. § 1331 and § 1338(a). Abbott denies the merits of Cordis' Counterclaim.

4.     Abbott admits that venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c). Abbott denies the remaining allegations contained in Paragraph 4 of Cordis' Counterclaim.

## FACTUAL ALLEGATIONS

5.     Cordis' allegation that "Abbott launched the XIENCE V stent in Europe and the Asia Pacific regions in 2006" is vague and unclear. Because Abbott cannot discern the meaning and scope of this allegation, Abbott denies it. Abbott denies the remaining allegations contained in Paragraph 5 of Cordis' Counterclaim.

6.     Abbott admits that U.S. Patent No. 7,217,286 ("the 7286 patent"), entitled "Local Delivery Of Rapamycin For Treatment Of Proliferative Sequelae Associated With PTCA Procedures, Including Delivery Using A Modified Stent," states on its face that it was issued by the United States Patent and Trademark Office on May 15, 2007. Abbott denies that the 7286 patent was duly and legally issued. Abbott is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 6 of Cordis' Counterclaim, and therefore denies the same.

7.     Denied.

8.     Abbott admits that it has publicly announced that it plans to seek approval from the United States Food and Drug Administration to sell XIENCE V in the United States. Abbott admits that it has publicly announced that, assuming it receives regulatory approval, it plans to launch XIENCE V in the United States in the first half of 2008. Abbott denies that the launch of XIENCE V will cause Cordis irreparable harm. Abbott is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 8 of Cordis' Counterclaim, and therefore denies the same.

### COUNT I: INFRINGEMENT OF THE 7286 PATENT

9. Abbott repeats and realleges its responses to Paragraphs 1 through 8 as if fully set forth herein.

10. Denied.

11. Denied.

### PRAYER FOR RELIEF

12. Abbott hereby incorporates its responses to Paragraphs 1 through 11 of Cordis' Counterclaim and denies that Cordis is entitled to any relief or judgment whatsoever from Abbott, any other entity, or the Court, either as prayed for in Cordis' Counterclaim or otherwise.

13. Abbott further denies each and every allegation contained in Cordis' Counterclaim that was not specifically admitted, denied, or otherwise responded to in this Reply.

### AFFIRMATIVE DEFENSES

#### First Affirmative Defense

#### (No Infringement of the 7286 Patent)

14. Abbott has not infringed, and is not infringing, any valid claim of the 7286 in any manner.

#### Second Affirmative Defense

#### (Invalidity of the 7286 Patent)

15. Each claim of the 7286 patent is invalid for failure to meet the statutory and decisional requirements for patentability, including those of 35 U.S.C. §§ 102, 103, and 112.

#### Third Affirmative Defense

#### (Laches)

16. Cordis is barred from relief under the doctrine of laches.

### Fourth Affirmative Defense

### (Waiver)

17. Cordis is barred from relief under the doctrine of waiver.

### Fifth Affirmative Defense

### (Estoppel)

18. Cordis is barred from relief under the doctrine of estoppel.

### Sixth Affirmative Defense

### (Release)

19. Cordis is barred from relief under the doctrine of release.

### Seventh Affirmative Defense

### (Reservation of Defenses)

20. Abbott reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Patent Laws of the United States, and any other defenses at law or in equity, that may now or in the future be available based on discovery or any other factual investigation concerning this case.

## JURY TRIAL DEMANDED

Abbott respectfully demands a trial by jury on all issues so triable raised by Cordis' Counterclaim.

OF COUNSEL:
Edward A. Mas II
James M. Hafertepe
Leland G. Hansen
Christopher J. Buchko
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661

*/s/ Anne Shea Gaza*
Frederick L. Cottrell III (#2555)
cottrell@RLF.com
Anne Shea Gaza (#4093)
gaza@RLF.com
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899
(302) 651-7700

*Attorneys For Plaintiff/Counterclaim Defendant Abbott Laboratories*

Date: September 25, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007 I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Lauren E. Maguire, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899

I hereby certify that on September 25, 2007, I caused to be sent by electronic mail the foregoing document to the following non-registered participant:

> David T. Pritikin, Esquire
> William H. Baumgartner, Jr., Esquire
> Russell E. Cass, Esquire
> Laura L. Kolb, Esquire
> Sidley Austin LLP
> One South Dearborn
> Chicago, IL 60603

Anne Shea Gaza (#4093)
gaza@rlf.com