IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-259-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 26th day of September, 2007, **DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| Edward A. Mas, II, Esquire<br>McAndrews, Held & Malloy, Ltd.<br>500 West Madison Street, 34th Floor<br>Chicago, IL 60661 | VIA ELECTRONIC MAIL |

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. # 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

David T. Pritikin
William H. Baumgartner, Jr.
Paul E. Veith
Russell E. Cass
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

Dated: September 26, 2007

181587.1