IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) Civ. No. 06-613-SLR ) and ) Civ. No. 07-259-SLR ) ) ) |

**O R D E R**

At Wilmington this 28th day of November 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiffs' motions for leave to supplement the complaint in the 06-613 action (D.I.s 43, 51, 57, 90) are denied.

2. Plaintiffs' motions for leave to supplement the complaint in the 07-259 action (D.I.s 10, 15, 24) are denied.

3. Plaintiffs' motion to enjoin defendants from prosecuting the New Jersey actions (Civ. No. 06-613, D.I. 47; Civ. No. 07-259, D.I. 7) is denied.

4. Defendants' motion to supplement (Civ. No. 06-613, D.I. 62) is granted.

5. Defendants' motion to dismiss the 06-613 action for lack of subject matter jurisdiction (D.I. 68) is granted.

6. The 07-259 action is dismissed.

                                                        _____
                                                        United States District Judge